```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE         )
  COMMISSION,                   )
                                )
       Plaintiff,               )
                                )
       v.                       )  Misc No. 05-0476 (RMU)
                                )
RICHARD F. SELDEN,              )
                                )
       Defendant.               )
                                )
```

**NON-PARTY FDA'S NOTICE OF FILING**

The United States Food and Drug Administration ("FDA") hereby files the recent decision issued in Securities and Exchange Commission v. Biopure Corp., Civil No. 05-0506 (D.D.C. Jan. 20, 2006), attached. Like the instant case, Biopure Corp. involved a subpoena served on FDA in a case brought by the SEC against Biopure Corporation. The same arguments advanced by FDA in the instant case were advanced by FDA in Biopure Corp.. The Court in Biopure Corp. agreed with FDA and has just issued a decision denying Biopure's Motion to Compel and granting FDA's motion to quash. FDA submits that the same result is warranted in the instant case.

                              Respectfully submitted,

                              _____

                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney

```
                              R. CRAIG LAWRENCE, D.C. BAR # 171538
                              Assistant United States Attorney



                              MARINA UTGOFF BRASWELL, D.C. BAR # 416587
                              Assistant United States Attorney
                              U.S. Attorney's Office
                              555 4th Street, N.W. - Civil Division
                              Washington, D.C. 20530
                              (202) 514-7226
```

OF COUNSEL:
Paula M. Stannard
Acting General Counsel

Sheldon T. Bradshaw
Chief Counsel
Food and Drug Division

Eric M. Blumberg
Deputy Chief Counsel, Litigation

Jennifer L. Zachary
Trial Attorney
United States Department of
Health and Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-9572

## CERTIFICATE OF SERVICE

I certify that the accompanying Non-party FDA's Notice of Filing, with attached decision, was served upon defendant Selden by mail, addressed to:

>Joseph L. Barloon, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>1440 New York Ave., N.W.
>Washington, D.C. 20005-2111
>
>Thomas J. Dougherty, Esq.
>Justin J. Daniels, Esq.
>Cale P. Keable, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Beacon Street
>Boston, MA 02108

on this 30th day of January, 2006.

>_____
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226