UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, *et al.*,<br>      Defendants. | )<br>)<br>)<br>)   Miscellaneous 05-00506 (RWR/AK)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant Biopure Corporation's Motion to Compel FDA Compliance with Federal Subpoenas ("Motion to Compel") [1], and Non-Party Respondent United States Food and Drug Administration's [consolidated] Motion to Quash Subpoenas Duces Tecum and Opposition to Motion to Compel ("Motion to Quash") [5/6], and the documents associated with both motions, in support and in opposition thereto, for the reasons set forth in detail in the accompanying Memorandum Opinion, it is this 20th day of January, 2006,

ORDERED that Biopure's Motion to Compel [1] is DENIED, and it is further,

ORDERED that the FDA's Motion to Quash [5/6] is GRANTED, and it is further

ORDERED that pursuant to the FDA's suggestion that the Court enter an order directing the parties to confer for the purpose of narrowing the scope of Biopure's requests and allowing the FDA a reasonable amount of time to respond, and directing the Biopure shall assume the costs associated with the requests, the parties are directed to meet and confer at a mutually convenient place and time, to make a good faith effort to effect a resolution of this dispute.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE