UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SECURITIES EXCHANGE COMMISSION, | : : : | | |
| Plaintiff, | : : | Civil Action No.: | 05mc476 (RMU) |
| v. | : : | | |
| RICHARD SELDEN, | : : | | |
| Defendant. | : | | |

**ORDER**

**HOLDING CASE IN ABEYANCE PENDING D.C. CIRCUIT RULING**

On February 27, 2006, the Court of Appeals for the District of Columbia Circuit will hear the appeal of the district court's ruling in *Yousuf v. Samantar*, 2005 WL 1523385 (D.D.C. May 03, 2005). That appeal raises questions central to the issues presented before this court in the instant case. The court rules that it is in the best interests of justice to hold this case in abeyance pending a ruling by the D.C. Circuit in *Yousuf*. It is therefore this 10th day of February 2006 hereby

**ORDERED** that this case be held in abeyance pending a ruling by the D.C. Circuit in *Yousuf*, and it is

**FURTHER ORDERED** that the parties file supplemental memoranda to the court within 15 days of the D.C. Circuit's ruling and address the applicability of the holding in that case to the case at bar.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge