UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,  : Miscellaneous Case No. 05-0476 (RMU)

  v.  : (Related Case: Civ. No. 05-11805-NMG
         : Pending in the United States District
RICHARD F. SELDEN,  : Court for the District of Massachusetts)

     Defendant,

     and,

FOOD AND DRUG ADMINISTRATION,

     Interested Party.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING

On September 28, 2006, the parties in S.E.C. v. Richard F. Selden, No. 05-11805 (NMG) (D. Mass., filed Sept. 1, 2005), appeared for a status conference before the Court concerning the pretrial schedule. A copy of the transcript of that conference is attached hereto as Exhibit 1. As a result of the discussion during that conference, and after conferring with plaintiff the Securities and Exchange Commission, Dr. Selden yesterday initiated a civil action in the District of Massachusetts against the Food and Drug Administration ("FDA"), seeking declaratory and injunctive relief pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-06, the Mandamus Act, 28 U.S.C. § 1361, the Freedom of Information Act, 5 U.S.C. § 552, and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, to require the FDA's meaningful compliance with this Court's

August 16, 2006 order granting Dr. Selden's motion to compel FDA compliance with two federal subpoenas. See Docket Entry No. 18.

Attached hereto is a courtesy copy of Dr. Selden's District of Massachusetts papers, with an index provided below:

| | |
|---|---|
| Exhibit 2 | Complaint |
| Exhibit 3 | Motion For Order To Show Cause And Preliminary Injunction |
| Exhibit 4 | Plaintiff's Memorandum Of Law In Support Of His Motion For Order To Show Cause And Preliminary Injunction |
| Exhibit 5 | Plaintiff's Statement Concerning The Court's Jurisdiction In This Matter |
| Exhibit 6 | Notice Of Filing With Clerk's Office |

Dated: October 6, 2006
      Washington, D.C.

Respectfully submitted,

/s/ Joseph L. Barloon / MPK

Joseph L. Barloon (D.C. Bar No. 459626)
Michael P. Kelly (D.C. Bar No. 473580)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue
Washington, D.C. 20005
(202) 371-7000

Thomas J. Dougherty
Justin J. Daniels
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Richard F. Selden

**CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on October 6, 2006, I caused a true copy of the foregoing Notice Of Filing to be served by mail upon:

>Marina Utgoff Braswell
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Frank Huntington
>United States Securities and Exchange Commission
>Boston District Office
>33 Arch Street, 23rd Floor
>Boston, Massachusetts 02110
>
>Jennifer L. Zachary
>Trial Attorney
>United States Department of
>    Health and Human Services
>Office of the General Counsel
>5600 Fishers Lane
>Rockville, Maryland 20857

Dated: October 6, 2006

_____
Michael P. Kelly