COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 OCT -5 P 2: 03

-------------------------------x
RICHARD F. SELDEN,                    :
                                      :
                 Plaintiff,           :    Civil Action
                                           No.
         v.                           :
                                      :
UNITED STATES FOOD AND DRUG           :    Related To:
ADMINISTRATION and ANDREW C.               S.E.C. v. Richard F. Selden,
VON ESCHENBACH, in his official       :    Civil Action No. 05-11805-NMG
capacity as acting commissioner of the
United States Food and Drug           :
Administration,
                                      :
                 Defendants.
-------------------------------x

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- Affidavit Of Justin J. Daniels In Support Of Plaintiff's Motion For Order To Show Cause And Preliminary Injunction

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 5, 2006
       Boston, Massachusetts

Respectfully submitted,

_____
Thomas J. Dougherty (BBO #132300)
Justin J. Daniels (BBO #656118)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800
dougherty@skadden.com
jdaniels@skadden.com

Counsel for Plaintiff
Richard F. Selden