UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,     :  Miscellaneous Case No. 05-0476 (RMU)

       v.     :  (Related Cases:
             :  Civ. No. 05-11805-NMG
RICHARD F. SELDEN,     :  Civ. No. 06-11807-NMG
             :  Pending in the United States District
            Defendant,     :  Court for the District of Massachusetts)

            and,

FOOD AND DRUG ADMINISTRATION,

            Interested Party.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF COURT ACTION IN RELATED CASE

On October 6, 2006, defendant Richard F. Selden notified this Court concerning his institution of a civil action in the United States District Court for the District of Massachusetts (the "Massachusetts District Court") against the United States Food and Drug Administration ("FDA") and Andrew C. von Eschenbach, in his official capacity as acting commissioner of the FDA (collectively, the "FDA Defendants"), seeking declaratory and injunctive relief to require the FDA's meaningful compliance with this Court's August 16, 2006 order granting Dr. Selden's motion to compel FDA compliance with two federal subpoenas. See Docket Entry No. 21.

On October 16, 2006, the Massachusetts District Court entered an Order To Show Cause requiring the FDA Defendants to appear before the Court at 11:00 a.m. on

Friday, November 3, 2006, or as soon thereafter as counsel could be heard, to show cause "why a preliminary injunction pursuant to Fed. R. Civ. P. 65 should not be issued requiring the FDA to comply, on or before November 30, 2006, with the Order of the United States District Court for the District of Columbia in S.E.C. v. Selden, Case No. 1:05-mc-00476-RMU (D.D.C.) entered on August 16, 2006."

A copy of the Massachusetts District Court's Order is attached hereto as Exhibit A.

Dated: October 17, 2006
       Washington, D.C.

Respectfully submitted,

*/s/ Joseph L. Barloon /MPK/*

Joseph L. Barloon (D.C. Bar No. 459626)
Michael P. Kelly (D.C. Bar No. 473580)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue
Washington, D.C. 20005
(202) 371-7000

Thomas J. Dougherty
Justin J. Daniels
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Richard F. Selden

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that on October 17, 2006, I caused a true copy of the foregoing Notice Of Court Action In Related Case to be served by mail upon:

> Marina Utgoff Braswell
> Assistant United States Attorney
> U.S. Attorney's Office
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Frank Huntington
> United States Securities and Exchange Commission
> Boston District Office
> 33 Arch Street, 23rd Floor
> Boston, Massachusetts 02110
>
> Jennifer L. Zachary
> Trial Attorney
> United States Department of
>   Health and Human Services
> Office of the General Counsel
> 5600 Fishers Lane
> Rockville, Maryland 20857

Dated: October 17, 2006

_____
Michael P. Kelly