United States District Court
District of Massachusetts

| | |
|---|---|
| RICHARD F. SELDEN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION and ANDREW C. VON ESCHENBACH, in his official capacity as acting commissioner of the United States Food and Drug Administration,<br>    Defendants. | Civil Action No.<br>06-11807-NMG<br><br>Related To:<br>S.E.C. v. Selden,<br>Civil Action No.<br>05-11805-NMG |

ORDER TO SHOW CAUSE REGARDING
PRELIMINARY INJUNCTION

GORTON, J.

Upon the Complaint, Plaintiff's Motion For Order To Show Cause And Preliminary Injunction, the pleadings filed in support thereof and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The defendants, United States Food and Drug Administration ("FDA") and Andrew C. von Eschenbach, in his official capacity as acting commissioner of the FDA, show cause in Courtroom #4 of the United States District Court for the District of Massachusetts, located at 1 Courthouse Way, Boston, Massachusetts at 11:00 a.m. on Friday, November 3, 2006, or as soon thereafter as counsel can be heard, why a preliminary injunction pursuant to Fed. R. Civ. P. 65 should not be issued

requiring the FDA to comply, on or before November 30, 2006, with the Order of the United States District Court for the District of Columbia in S.E.C. v. Selden, Case No. 1:05-mc-00476-RMU (D.D.C.) entered on August 16, 2006, granting in its entirety Dr. Selden's motion to compel the FDA's compliance with two federal subpoenas in 2005.

    2. Defendants' opposition papers, if any, shall be filed with the Clerk of this Court on or before Friday, October 20, 2006, and plaintiff's reply papers, if any, shall be filed with the Clerk of this Court on or before Friday, October 27, 2006.

    3. Plaintiff shall promptly serve a copy of this Order upon Defendants.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated October 13, 2006