UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Miscellaneous Case No. 05-0476 (RMU) |
| v. | (Related Cases:<br>Civ. No. 05-11805-NMG |
| RICHARD F. SELDEN, | Civ. No. 06-11807-NMG<br>Pending in the United States District |
| Defendant, | Court for the District of Massachusetts) |
| and, | |
| FOOD AND DRUG ADMINISTRATION, | **EXPEDITED**<br>**HEARING REQUESTED** |
| Interested Party. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RICHARD F. SELDEN'S EMERGENCY MOTION
TO COMPEL FOOD AND DRUG ADMINISTRATION
COMPLIANCE WITH THIS COURT'S AUGUST 16, 2006 ORDER**

Richard F. Selden ("Dr. Selden") respectfully moves this Court on an emergency basis for an Order requiring the United States Food And Drug Administration ("FDA") to comply with this Court's August 16, 2006 Order granting his motion to compel FDA compliance with two federal subpoenas issued on October 28, 2005.

At the November 3, 2006 pretrial conference in the related SEC enforcement action in the District of Massachusetts, the Court there recognized the need for resolution of compliance with the subpoenas in <u>this</u> case in order to permit the pretrial schedule there to proceed. On November 3, the District of Massachusetts Court extended by 90 days that pretrial schedule, directing that Dr. Selden again move this Court for relief, and stating that it would be willing to involve itself in the process if the FDA's objections

to jurisdiction in Boston could be resolved. This Court has the power to enforce its Order and, as the subpoena-issuing court, has the power to enforce the subpoenas.

Because the pretrial schedule in that related action has been extended solely to address these subpoenas, Dr. Selden asks that this Court promptly act on this motion.

As further grounds for this motion, Dr. Selden respectfully refers to his Memorandum In Support, submitted herewith.

WHEREFORE, Dr. Selden respectfully requests that this Court enter an Order requiring the FDA to comply with the Court's August 16, 2006 Order. A proposed form of Order is attached hereto as Exhibit A.

## REQUEST FOR EXPEDITED HEARING

Pursuant to the Federal Rules of Civil Procedure and Local Civil Rules 7(f), 16.2(b) and 78.1, Dr. Selden respectfully requests an expedited hearing on this motion. The SEC assents to the request for expedition; the FDA does not.

## LOCAL RULE 7(M) STATEMENT

Counsel for Dr. Selden has conferred with opposing counsel pursuant to Local Civil Rule 7(m) and the motion is opposed.

Dated:  November 8, 2006
        Washington, D.C.

Respectfully submitted,

/s/ Joseph L. Barloon
Joseph L. Barloon (D.C. Bar No. 459626)
Michael P. Kelly (D.C. Bar No. 473580)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue
Washington, D.C. 20005
(202) 371-7000

Thomas J. Dougherty
Justin J. Daniels
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Richard F. Selden

## CERTIFICATE OF SERVICE

I, Joseph L. Barloon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on November 8, 2006, to those indicated as non-registered participants, specifically:

>Jennifer L. Zachary
>Trial Attorney
>United States Department of
>  Health and Human Services
>Office of the General Counsel
>5600 Fishers Lane
>Rockville, Maryland 20857
>
>Frank Huntington
>United States Securities and Exchange Commission
>Boston District Office
>33 Arch Street, 23rd Floor
>Boston, Massachusetts 02110

Dated: November 8, 2006                /s/ Joseph L. Barloon
                                       Joseph L. Barloon