UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE             :
COMMISSION,                         :
                                    :
                Plaintiff,          :    Miscellaneous Case No. 05-00476-RMU
                                    :
        v.                          :    (Related Cases:
                                    :    Civ. No. 05-11805-NMG
RICHARD F. SELDEN,                  :    Civ. No. 06-11807-NMG
                                    :    Pending in the United States District
                Defendant,          :    Court for the District of Massachusetts)
                                    :
            and,                    :
                                    :
FOOD AND DRUG ADMINISTRATION,       :
                                    :
            Interested Party.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION FOR PROTECTIVE ORDER
GOVERNING THE PRODUCTION OF FDA DOCUMENTS**

     Richard F. Selden ("Dr. Selden") and the United States Food and Drug Administration ("FDA") (collectively, the "Parties") hereby jointly move this Court for entry of a protective order governing the scope, timing, and use of FDA's production of documents pursuant to this Court's August 16, 2006 Order.  The Securities and Exchange Commission ("SEC") assents to the relief sought herein.

     As further grounds for this Motion, the Parties state as follows:

     1.     On September 1, 2005, the SEC filed a Complaint against Dr. Selden in the United States District Court for the District of Massachusetts, captioned S.E.C. v. Richard F. Selden, Civ. No. 05-11805-NMG (D. Mass.) ("SEC Action").

     2.     On October 28, 2005, in connection with his defense in the SEC Action, Dr. Selden caused to be issued two federal subpoenas from this Court directed to FDA.

3.      On November 23, 2005, Dr. Selden filed a motion to compel the FDA's compliance with the subpoenas.  See S.E.C. v. Richard F. Selden, Misc. Case No. 05-00476-RMU (D.D.C.).

4.      On August 16, 2006, this Court granted Dr. Selden's motion to compel FDA compliance with the subpoenas and denied the FDA's motion to quash.  See Docket Nos. 18 & 19.

5.      After further negotiation and motion practice, the Parties have now reached an agreement concerning the scope, timing, and use of the FDA's document production pursuant to this Court's August 16, 2006 Order.

WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion and enter the proposed form of Order attached hereto as Exhibit A.

Respectfully submitted,

/s/ Joseph L. Barloon                       
Joseph L. Barloon (D.C. Bar # 459626)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue
Washington, D.C. 20005
(202) 371-7000

Thomas J. Dougherty
Justin J. Daniels
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Richard F. Selden

Dated:  November 20, 2006

/s/ Marina Utgoff Braswell                 
Marina Utgoff Braswell (D.C. Bar # 416587)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

Jennifer Zachary
Associate Chief Counsel
U.S. DEPARTMENT OF HEALTH
    AND HUMAN SERVICES
Office of the General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-0238

Counsel for Food and Drug Administration

## **CERTIFICATE OF SERVICE**

I, Joseph L. Barloon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on November 20, 2006, to those indicated as non-registered participants, specifically:

Frank Huntington
United States Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110

Dated:  November 20, 2006                    /s/ Joseph L. Barloon
                                             Joseph L. Barloon