**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Office of the General Counsel

Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville, MD 20857

February 8, 2007

**VIA FACSIMILE AND U.S. MAIL**
**617-573-4822**

Justin J. Daniels
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

        Re:    Securities and Exchange Commission v. Richard B. Selden
               Civil Action No. 05-11805-NMG (D. Mass.)

Dear Mr. Daniels:

On the evening of February 7, 2007, I received via facsimile your letter dated February 6, 2007, wherein you state that you are "re-submitting Dr. Selden's subpoena . . . to . . . the FDA Commissioner as a request for testimony pursuant to 21 C.F.R. § 20.1." I have forwarded your letter to FDA's Office of Enforcement, Division of Compliance Policy, which coordinates the agency's response to such testimony requests. That office has been made aware of the exigencies of your underlying litigation. If one or more depositions are authorized in response to your request under 21 C.F.R § 20.1, I will contact you to arrange the dates, times, and locations for any such depositions.

Please feel free to contact me at (301) 827-9572 if you would like to discuss this matter further.

                                                  Sincerely,

                                                  Jennifer Zachary
                                                  Trial Attorney
                                                  Office of Chief Counsel
                                                  U.S. Food and Drug Administration

cc:    Anne P. Smith, Testimony Specialist, FDA
         Marina Utgoff Braswell, Assistant United States Attorney, District of Columbia