```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 05-0476 (RMU) ) |
| RICHARD F. SELDEN, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

Upon consideration of Non-Party FDA's Motion to Quash and the entire record in this case, and it appearing to the Court that the grant of FDA's motion would be just and proper, it is hereby on this _____ day of _____, 2007,

ORDERED that Non-Party FDA's Motion to Quash be, and it is, granted.

 

                                                  UNITED STATES DISTRICT COURT

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530


Joseph L. Barloon, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1400 New York Avenue, N.W.
Washington, D.C. 20005

Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Cale P. Keable, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, MA 02108