UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE SUBPOENAS IN: | | |
| ----------------------------------- x | | |
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Miscellaneous Case No. 05-0476-RMU |
| v. | : : : | (Related Cases: |
| RICHARD F. SELDEN, | : : | Civ. No. 05-11805-NMG Civ. No. 06-11807-NMG |
| Defendant, | : : | Pending in the United States District Court for the District of Massachusetts) |
| and, | : : | |
| FOOD AND DRUG ADMINISTRATION, | : : | |
| Interested Party. | : | |
| ----------------------------------- x | | |

## [PROPOSED] ORDER

Upon consideration of all papers and proceedings herein relating to the United States Food and Drug Administration's ("FDA's") Motion To Quash the subpoena served by Richard F. Selden on January 29, 2007, it is this ___ day of March, 2007,

ORDERED that the FDA's motion is DENIED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Jennifer L. Zachary
Assistant Chief Counsel
U.S. Department of Health & Human Services
Food and Drug Administration,
   Office of the Chief Counsel
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857

Frank Huntington
United States Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110

Joseph L. Barloon
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C. 20005

Thomas J. Dougherty
Justin J. Daniels
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108