UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: SUBPOENAS IN | : | | |
| SECURITIES AND EXCHANGE COMMISSION, | : | | |
| Plaintiff, | : | Misc. No.: | 05-0476 (RMU) |
| v. | : | Document No.: | 27 |
| RICHARD F. SELDEN, | : | | |
| Defendant, | : | | |
| and, | : | | |
| FOOD AND DRUG ADMINISTRATION, | : | | |
| Interested Party. | : | | |

## ORDER

### DENYING THE FDA'S MOTION TO QUASH; GRANTING SELDEN'S MOTION TO COMPEL

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 30th day of April, 2007,

**ORDERED** that the FDA's motion to quash is **DENIED**, and it is

**FURTHER ORDERED** that Selden's motion to compel is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge