UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Misc No. 05-0476 (RMU) |
| RICHARD F. SELDEN, | ) ) | |
| Defendant, | ) ) | |
| _____ | ) | |

UNITED STATES FOOD AND DRUG ADMINISTRATION'S NOTICE OF APPEAL

**Notice is hereby given** this 29th day of June 2007 that interested party United States Food and Drug Administration [FDA] hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court entered on April 30, 2007, denying FDA's motion to quash and granting defendant Selden's motion to compel.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney

**TO THE CLERK**:  Please send copies of the Notice of Appeal to:

Joseph L. Barloon, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Cale P. Keable, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108

CERTIFICATE OF SERVICE

I certify that the accompanying United States Food and Drug Administration's Notice of Appeal was served upon defendant Selden by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>Joseph L. Barloon, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>1440 New York Ave., N.W.
>Washington, D.C. 20005-2111
>
>Thomas J. Dougherty, Esq.
>Justin J. Daniels, Esq.
>Cale P. Keable, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Beacon Street
>Boston, MA 02108

on this 29th day of June, 2007.

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office – Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226