UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE         :
COMMISSION,                     :
                                :
         Plaintiff,           :   Miscellaneous Case No. 05-00476-RMU
                                :
         v.                   :   (Related Cases:
                                :   Civ. No. 05-11805-NMG
RICHARD F. SELDEN,              :   Civ. No. 06-11807-NMG
                                :   Pending in the United States District
         Defendant,           :   Court for the District of Massachusetts)
                                :
         and,                 :
                                :
FOOD AND DRUG ADMINISTRATION,   :
                                :
         Interested Party.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION FOR SUPPLEMENTAL PROTECTIVE ORDER

Richard F. Selden ("Dr. Selden") and the United States Food and Drug Administration ("FDA") (collectively, the "Parties") hereby jointly move this Court for entry of a supplemental protective order governing the scope, timing, and use of testimony provided by FDA witnesses in this action and the scope of the FDA's assertion of the deliberative process privilege.

As further grounds for this Motion, the Parties state as follows:

1. On September 1, 2005, the SEC filed a Complaint against Dr. Selden in the United States District Court for the District of Massachusetts, captioned S.E.C. v. Richard F. Selden, Civ. No. 05-11805-NMG (D. Mass.) ("SEC Action").

2. Since October 2005, Dr. Selden has been pursuing discovery from the FDA in connection with his defense in the SEC Action.

       3.    In connection therewith, on November 21, 2006, this Court granted the Parties' Joint Motion For Protective Order Governing The Production Of FDA Documents and entered the Protective Order. Docket Entry No. 26.

       4.    Since that time, the Parties have continued to negotiate the scope of discovery and have now reached agreement regarding Dr. Selden's requests for testimony from FDA witnesses.

      WHEREFORE, the Parties respectfully request that this Court grant their Joint Motion and enter the proposed form of Order attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph L. Barloon | /s/ Marina Utgoff Braswell |
| Joseph L. Barloon (D.C. Bar # 459626) | Marina Utgoff Braswell (D.C. Bar # 416587) |
| SKADDEN, ARPS, SLATE, | Assistant United States Attorney |
| MEAGHER & FLOM LLP | U.S. ATTORNEY'S OFFICE |
| 1440 New York Avenue | Civil Division |
| Washington, D.C. 20005 | 555 4th Street, N.W. |
| (202) 371-7000 | Washington, D.C. 20530 |
| | (202) 514-7226 |
| Thomas J. Dougherty | |
| Justin J. Daniels | Jennifer Zachary |
| SKADDEN, ARPS, SLATE, | Assistant Chief Counsel |
| MEAGHER & FLOM LLP | U.S. DEPARTMENT OF HEALTH |
| One Beacon Street | AND HUMAN SERVICES |
| Boston, Massachusetts 02108 | Food and Drug Administration, |
| (617) 573-4800 | Office of the Chief Counsel |
| | 5600 Fishers Lane, GCF-1 |
| Counsel for Richard F. Selden | Rockville, Maryland 20857 |
| | (301) 827-0238 |
| July __, 2007 | Counsel for Food and Drug Administration |

## **CERTIFICATE OF SERVICE**

       I, Marina Utgoff Braswell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent to those indicated as non-registered participants, specifically:

                Jennifer L. Zachary
                Assistant Chief Counsel
                U.S. Department of Health & Human Services
                Food and Drug Administration,
                Office of the Chief Counsel
                5600 Fishers Lane, GCF-1
                Rockville, Maryland 20857

                Frank Huntington
                U.S. Securities and Exchange Commission
                Boston District Office
                33 Arch Street, 23rd Floor
                Boston, Massachusetts 02110

Dated: July 13, 2007                              /s/ Marina Utgoff Braswell
                                                               Marina Utgoff Braswell