UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE           :
COMMISSION,                                       :
                                                              :
                Plaintiff,   :   Miscellaneous Case No. 05-0476-RMU
                                                              :
        v.                       :   (Related Cases:
                                                              :   Civ. No. 05-11805-NMG
RICHARD F. SELDEN,                       :   Civ. No. 06-11807-NMG
                                                              :   Pending in the United States District
                Defendant,   :   Court for the District of Massachusetts)
                                                              :
        and,                 :
                                                              :
FOOD AND DRUG ADMINISTRATION,   :
                                                              :
                Interested Party.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUBMISSION

Richard F. Selden ("Dr. Selden"), through undersigned counsel, hereby provides notice to the Court that in accordance with the Court's Order of November 21, 2006, the following documents have this date been filed under seal:

- Richard F. Selden's Motion To Compel FDA Compliance With This Court's Discovery Orders As Applied To FDA's Bioresearch Monitoring Unit; and

- Richard F. Selden's Memorandum In Support Of His Motion To Compel FDA Compliance With This Court's Discovery Orders As Applied To FDA's Bioresearch Monitoring Unit.

Dated: August 1, 2007  
       Washington, D.C.

Respectfully submitted,

/s/ Joseph L. Barloon  
Joseph L. Barloon (D.C. Bar No. 459626)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
1440 New York Avenue  
Washington, D.C. 20005  
(202) 371-7000

Thomas J. Dougherty  
Justin J. Daniels  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Richard F. Selden

## **CERTIFICATE OF SERVICE**

        I, Joseph L. Barloon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on August 1, 2007, to those indicated as non-registered participants, specifically:

        Jennifer L. Zachary
        Assistant Chief Counsel
        U.S. Department of Health & Human Services
        Food and Drug Administration,
           Office of the Chief Counsel
        5600 Fishers Lane, GCF-1
        Rockville, Maryland 20857

        Frank Huntington
        United States Securities and Exchange Commission
        Boston District Office
        33 Arch Street, 23rd Floor
        Boston, Massachusetts 02110

Dated: August 1, 2007        /s/ Joseph L. Barloon
        Joseph L. Barloon