```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE          )
  COMMISSION,                    )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )  Civil No. 05-0476 (RMU)
                                 )
RICHARD F. SELDEN,               )
                                 )
     Defendant.                  )
                                 )
```

NON-PARTY FDA's UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, non-party United States Food and Drug Administration [FDA] respectfully requests an extension of time, to and including August 23, 2007, in which to file FDA's response to defendant Selden's motion to compel. Lead defense counsel for FDA will be out of town the day FDA's response is due and will not be returning to the office until August 20, 2007. Although she will be coordinating with FDA agency counsel on a response while on vacation, the extension of time sought is to enable her, upon her return to the office, to complete FDA's response and allow for review by the appropriate officials prior to filing.

Counsel for Mr. Selden informed FDA defense counsel that this motion will not be opposed.

Accordingly, for the foregoing reasons, FDA respectfully

requests that this motion for enlargement of time be granted.

    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Non-party FDA's Motion for Enlargement of Time, with proposed Order, was served upon defendant Selden by U.S. mail, addressed to:

>Joseph L. Barloon, Esq.
>Skadden, Arps, Slate, Meagher & Flom, /s/
>1440 New York Ave., N.W.
>Washington, D.C. 20005-2111

>Thomas J. Dougherty, Esq.
>Justin J. Daniels, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Beacon Street
>Boston, Massachusetts 02108

on the 9th day of August, 2007.

>_____/s/_____
>MARINA UTGOFF BRASWELL, D.C. BAR #416587
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C.  20530
>(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD F. SELDEN, )<br>)<br>Defendant. ) | Civil No. 05-0476 (RMU) |

ORDER

Upon consideration of non-party FDA's motion for enlargement of time, and the entire record of this case, it is hereby

ORDERED that the FDA's motion is GRANTED for good cause shown; and it is further

ORDERED that FDA shall have to and including August 23, 2007, in which to file its response to defendant Selden's motion to compel.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell,
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530


Joseph L. Barloon, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111


Thomas J. Dougherty, Esq.
Justin J. Daniels, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Beacon Street
Boston, Massachusetts 02108