UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE        :
COMMISSION,                    :
                               :
         Plaintiff,         :  Miscellaneous Case No. 05-0476-RMU
                               :
    v.                       :  (Related Case:
                               :  Civ. No. 05-11805-NMG
RICHARD F. SELDEN,             :  Pending in the United States District
                               :  Court for the District of Massachusetts)
         Defendant,         :
                               :
    and,                     :
                               :
FOOD AND DRUG ADMINISTRATION,  :
                               :
         Interested Party.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SUBMISSION

Richard F. Selden ("Dr. Selden"), through undersigned counsel, hereby provides notice to the Court that in accordance with the Court's Order of November 21, 2006, the following documents have this date been filed under seal:

    1.    Richard F. Selden's Motion For A Finding Of A Violation Of This Court's April 30, 2007 Order (with proposed order attached thereto); and

    2.    Richard F. Selden's Memorandum Of Law In Support Of His Motion For A Finding Of A Violation Of This Court's April 30, 2007 Order (with exhibits thereto).

Dated: August 20, 2007  
       Washington, D.C.

Respectfully submitted,

/s/ Joseph L. Barloon  
Joseph L. Barloon (D.C. Bar No. 459626)  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
1440 New York Avenue  
Washington, D.C. 20005  
(202) 371-7000

Thomas J. Dougherty  
Justin J. Daniels  
SKADDEN, ARPS, SLATE,  
   MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Richard F. Selden

## CERTIFICATE OF SERVICE

        I, N. Nathan Dimock, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on August 20, 2007, to those indicated as non-registered participants, specifically:

> Marina Utgoff Braswell
> Laurie J. Weinstein
> U.S. Attorney's Office
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Jennifer L. Zachary
> Assistant Chief Counsel
> U.S. Department of Health & Human Services
> Food and Drug Administration,
>    Office of the Chief Counsel
> 5600 Fishers Lane, GCF-1
> Rockville, Maryland 20857
>
> Frank Huntington
> United States Securities and Exchange Commission
> Boston District Office
> 33 Arch Street, 23rd Floor
> Boston, Massachusetts 02110

Dated: August 20, 2007        /s/ N. Nathan Dimock
                                              N. Nathan Dimock