UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD F. SELDEN,<br><br>    Defendant,<br><br>and,<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>    Interested Party. | )<br>)<br>)<br>)<br>)<br>) Civil No. 05-0476 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION**

Dr. Richard F. Selden ("Dr. Selden") and the United States Food and Drug Administration ("FDA"), by and through their undersigned counsel, respectfully submit this joint stipulation with respect to Dr. Selden's Motion to Compel at Docket No. 36. Dr. Selden and FDA hereby stipulate to the following:

1. FDA has no evidence that anyone within CBER's clinical review team for Replagal (including, but not limited to, Drs. Marc Walton and Dwaine Rieves) at any time received, reviewed or saw any of the working papers or other supporting papers used by BIMO in preparation of the June 22, 2001 "Addendum to Bioresearch Monitoring Inspection Results dated 11/22/00" ("June 22, 2001 BIMO Addendum"), the correspondence referenced in the last paragraph of the June 22, 2001 BIMO Addendum, or

any other correspondence or documentation relating to the June 22, 2001 BIMO Addendum (other than the June 22, 2001 BIMO Addendum itself, which it appears Dr. Rieves and Dr. Walton received). <u>See</u> also attached declaration of Patricia A. Holobaugh, Aug. 23, 2007.

2. By no later than Tuesday, September 4, 2007, FDA will produce to Dr. Selden all exhibits to the Establishment Inspection Reports, which reports were previously produced to Dr. Selden on August 22, 2007.

3. By no later than Tuesday, September 4, 2007, FDA will identify for Dr. Selden, by marking directly on the documents, all documents that were produced in this matter by the Bioresearch Monitoring Branch ("BIMO") in FDA's Center for Biologics Evaluation and Research ("CBER") relating to Replagal.

4. By no later than Friday, October 19, 2007, FDA will produce a Rule 30(b)(6) witness who will be authorized to give testimony on behalf of FDA to address Dr. Selden's questions regarding FDA's search for BIMO documents in CBER and provide confirmation that all responsive BIMO documents have been produced to Dr. Selden. This witness will not answer questions beyond the scope of testimony authorized pursuant to 21 C.F.R. § 20.1.

In light of the foregoing stipulations, Dr. Selden hereby withdraws his Motion to Compel at Docket No. 36 without prejudice.

Respectfully submitted,

*Joseph L. Barloon /mwb*
Joseph L. Barloon,
D.C. Bar # 459626
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue
Washington, D.C. 20005
(202) 371-7000

Thomas J. Dougherty
Justin J. Daniels
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Richard F. Selden

*Jeffrey A. Taylor /mwb*
JEFFREY A. TAYLOR,
D.C. BAR # 498610
United States Attorney

*Rudolph Contreras /mwb*
RUDOLPH CONTRERAS,
D.C. BAR # 434122
Assistant United States Attorney

*Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. BAR # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil
    Division
Washington, D.C. 20530
(202) 514-7226

Counsel for Interested Party
Food and Drug Administration


OF COUNSEL:
Daniel Meron
General Counsel

Sheldon T. Bradshaw
Chief Counsel
Food and Drug Division

Eric M. Blumberg
Deputy Chief Counsel, Litigation

Jennifer Zachary
Assistant Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-9572

## DECLARATION OF PATRICIA A. HOLOBAUGH

I, Patricia A. Holobaugh, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chief of the Bioresearch Monitoring Branch ("BIMO") of the Division of Inspections and Surveillance, Office of Compliance and Biologics Quality ("OCBQ"), Center for Biologics Evaluation and Research ("CBER"), United States Food and Drug Administration ("FDA").

2. My responsibilities in this position include oversight of BIMO's responses to subpoenas and court orders for documents when such orders are internally directed to BIMO.

3. FDA has no evidence that anyone on CBER's clinical review team for Replagal (including, but not limited to, Drs. Marc Walton and Dwaine Rieves) at any time received, reviewed or saw any of the working papers or other supporting papers used by BIMO in preparation of the June 22, 2001 "Addendum to Bioresearch Monitoring Inspection Results dated 11/22/00" ("June 22, 2001 BIMO Addendum"), the correspondence referenced in the last paragraph of the June 22, 2001 BIMO Addendum, or any other correspondence or documentation relating to the June 22, 2001 BIMO Addendum (other than the June 22, 2001 BIMO Addendum itself, which it appears Dr. Rieves and Dr. Walton received).

Executed on August 23, 2007.

_____
Patricia A. Holobaugh
Chief, Bioresearch Monitoring Branch
Division of Inspections and Surveillance
Office of Compliance and Biologics Quality
Center for Biologics Evaluation and Research
United States Food and Drug Administration