```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE      )
  COMMISSION,                )
                             )
      Plaintiff,             )
                             )
      v.                     )   Misc No. 05-0476 (RMU)
                             )
RICHARD F. SELDEN,           )
                             )
      Defendant.             )
                             )
```

**NON-PARTY FDA'S NOTICE OF FILING UNDER SEAL**

The United States Food and Drug Administration ("FDA") hereby serves notice that today the agency filed in this case a motion to strike Docket No. 40 and an opposition to the motion filed at Docket No. 40. Because Docket No. 40 was filed under seal, FDA's motion to strike and opposition to Docket No. 40 were also filed under seal.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Assistant United States Attorney

                                          MARINA UTGOFF BRASWELL, D.C. BAR # 416587
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          555 4th Street, N.W. - Civil Division
                                          Washington, D.C. 20530
                                          (202) 514-7226

OF COUNSEL:

Daniel Meron
General Counsel

Sheldon T. Bradshaw
Chief Counsel
Food and Drug Division

Eric M. Blumberg
Deputy Chief Counsel, Litigation

Jennifer Zachary
Assistant Chief Counsel
United States Department of
Health and Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-9572

CERTIFICATE OF SERVICE

I certify that the accompanying notice of filing was served upon defendant Selden by first class, U.S. mail, addressed to:

>Joseph L. Barloon, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>1400 New York Avenue, N.W.
>Washington, D.C. 20005
>
>Thomas J. Dougherty, Esq.
>Justin J. Daniels, Esq.
>Cale P. Keable, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Beacon Street
>Boston, MA 02108
>
>Frank Huntington, Esq.
>U.S. Securities and Exchange Commission
>Boston District Office
>33 Arch Street, 23rd Floor
>Boston, Massachusetts 02110

on this 31st day of August, 2007.

_____   MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7226