UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE   :
COMMISSION,               :
                          :
          Plaintiff,   :   Miscellaneous
                          :   Case No. 05-0476-RMU
   v.                     :
                          :   (Related Case:
RICHARD F. SELDEN,        :   Civ. No. 05-11805-NMG
                          :   Pending in the United States District
          Defendant,   :   Court for the District of Massachusetts)
                          :
   and,                   :
                          :
FOOD AND DRUG ADMINISTRATION,  :
                          :
          Interested Party.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

Based upon the following representation by the United States Food and Drug Administration ("FDA"), it is hereby stipulated and agreed that all pending motions in this action are hereby withdrawn:

<u>The FDA hereby states that</u>:

The attached August 19, 2002 FDA Center for Biologics Evaluation And Research (CBER) letter's statement:

> Replagal™ (agalsidase alfa) - An IND was submitted to FDA on November 1, 1996 for this product. The registration statement discussion on Replagal for long-term treatment of patients with Fabry disease is correct.

addressed all aspects of the attached July 12, 2002 SEC letters' inquiries of FDA with respect to Replagal, including:

> We would be interested in any comments regarding the accuracy of the information set forth in the registration statement. Also, please advise us of any facts or additional information which should be included in the registration statement to make the disclosure more meaningful to a potential investor.

and:

> Pursuant to regulations of the Food and Drug Administration, specifically 21 CFR 20.85 Disclosure to other Federal government departments and agencies, I hereby request the following records or information: The exact status of Replagal, Dynepo and Iduronate-2-sulfatase as described in the registration statement which may be currently under evaluation by the FDA.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2

Dated: February 27, 2008	Respectfully submitted,
       Boston, Massachusetts


/s/  Marina Utgoff Braswell	/s/  Joseph L. Barloon
JEFFREY A. TAYLOR,	Joseph L. Barloon (D.C. Bar No. 459626)
D.C. BAR # 498610	SKADDEN, ARPS, SLATE,
United States Attorney	   MEAGHER & FLOM LLP
 	1440 New York Avenue
RUDOLPH CONTRERAS,	Washington, D.C. 20005
D.C. BAR # 434122	(202) 371-7000
Assistant United States Attorney

MARINA UTGOFF BRASWELL	Thomas J. Dougherty
D.C. BAR # 416587	Justin J. Daniels
Assistant United States Attorney	SKADDEN, ARPS, SLATE,
U.S. Attorney's Office	   MEAGHER & FLOM LLP
555 4th Street, N.W. - Civil Division	One Beacon Street
Washington, D.C. 20530	Boston, Massachusetts 02108
(202) 514-7226
 	Counsel for
Counsel for	Richard Selden
Food and Drug Administration

OF COUNSEL:

James C. Stansel
Acting General Counsel

Gerald F. Masoudi
Chief Counsel, Food and Drug Division

Eric M. Blumberg
Deputy Chief Counsel, Litigation

Jennifer Zachary
Assistant Chief Counsel
United States Department of
Health and Human Services
Office of General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-9572

## CERTIFICATE OF SERVICE

I, Joseph L. Barloon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on February 27, 2008, to those indicated as non-registered participants, specifically:

Marina Utgoff Braswell
Laurie J. Weinstein
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Jennifer L. Zachary
Assistant Chief Counsel
U.S. Department of Health & Human Services
Food and Drug Administration,
   Office of the Chief Counsel
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857

Frank Huntington
United States Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110


Dated:  February 27, 2008            /s/ Joseph L. Barloon
                                     Joseph L. Barloon