UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SUBPOENAS IN:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES AND EXCHANGE                 :
COMMISSION,                             :
                                        :
                      Plaintiff,        :      Miscellaneous
                                        :      Case No. 05-0476-RMU
            v.                          :
                                        :      (Related Case:
RICHARD F. SELDEN,                      :      Civ. No. 05-11805-NMG
                                        :      Pending in the United States District
                      Defendant,        :      Court for the District of Massachusetts)
                                        :
            and,                        :
                                        :
FOOD AND DRUG ADMINISTRATION,           :
                                        :
                      Interested Party. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

Based upon the following representation by the United States Food and

Drug Administration ("FDA"), it is hereby stipulated and agreed that all pending motions

in this action are hereby withdrawn:

The FDA hereby states that:

The attached August 19, 2002 FDA Center for Biologics Evaluation And

Research (CBER) letter's statement:

> Replagal™ (agalsidase alfa) - An IND was submitted to FDA on
> November 1, 1996 for this product. The registration statement
> discussion on Replagal for long-term treatment of patients with
> Fabry disease is correct.

addressed all aspects of the attached July 12, 2002 SEC letters' inquiries of FDA with

respect to Replagal, including:

> We would be interested in any comments regarding the accuracy
> of the information set forth in the registration statement. Also,
> please advise us of any facts or additional information which
> should be included in the registration statement to make the
> disclosure more meaningful to a potential investor.

and:

> Pursuant to regulations of the Food and Drug Administration,
> specifically 21 CFR 20.85 Disclosure to other Federal government
> departments and agencies, I hereby request the following records
> or information: The exact status of Replagal, Dynepo and
> Iduronate-2-sulfatase as described in the registration statement
> which may be currently under evaluation by the FDA.

SO ORDERED.

_Ricardo M. Urbina_
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2008          Respectfully submitted,
       Boston, Massachusetts


/s/ Marina Utgoff Braswell          /s/ Joseph L. Barloon
JEFFREY A. TAYLOR,                  Joseph L. Barloon (D.C. Bar No. 459626)
D.C. BAR # 498610                   SKADDEN, ARPS, SLATE,
United States Attorney                 MEAGHER & FLOM LLP
                                    1440 New York Avenue
RUDOLPH CONTRERAS,                  Washington, D.C. 20005
D.C. BAR # 434122                   (202) 371-7000
Assistant United States Attorney

MARINA UTGOFF BRASWELL              Thomas J. Dougherty
D.C. BAR # 416587                   Justin J. Daniels
Assistant United States Attorney    SKADDEN, ARPS, SLATE,
U.S. Attorney's Office                 MEAGHER & FLOM LLP
555 4th Street, N.W. - Civil Division   One Beacon Street
Washington, D.C. 20530              Boston, Massachusetts 02108
(202) 514-7226

Counsel for                         Counsel for
Food and Drug Administration        Richard Selden

OF COUNSEL:

James C. Stansel
Acting General Counsel

Gerald F. Masoudi
Chief Counsel, Food and Drug Division

Eric M. Blumberg
Deputy Chief Counsel, Litigation

Jennifer Zachary
Assistant Chief Counsel
United States Department of
Health and Human Services
Office of General Counsel
5600 Fishers Lane
Rockville, Maryland 20857
(301) 827-9572

## CERTIFICATE OF SERVICE

I, Joseph L. Barloon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants and that paper copies will be sent on February 27, 2008, to those indicated as non-registered participants, specifically:

Marina Utgoff Braswell
Laurie J. Weinstein
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Jennifer L. Zachary
Assistant Chief Counsel
U.S. Department of Health & Human Services
Food and Drug Administration,
　　Office of the Chief Counsel
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857

Frank Huntington
United States Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110

Dated:  February 27, 2008

/s/ Joseph L. Barloon
Joseph L. Barloon