**CBER** Center for Biologics Evaluation & Research
US FOOD AND DRUG ADMINISTRATION

# FDA FAX COVERSHEET

| | | | |
|---|---|---|---|
| **To:** | Mr. Kevin Hands | **From:** | Juliaette Johnson |
| **Fax:** | (202) 942-9533 | **Pages:** | 2+ Coversheet |
| **Phone:** | (202) 942-2893 | **Date:** | 08/19/02 |
| **Re:** | Commission File No. 333-90868 | **CC:** | |

☑ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

As per my telephone message to you on August 19, 2002, I am faxing a letter in reference to your CFR 20.85 request Re:    Transkaryotic Therapies, Inc.
Registration Statement on Form S-3
Commission File No. 333-90868

Julia Johnson, R.N.

Tel: (301) 827-6355

Food & Drug Administration
Center for Biologics Evaluation and Research
Office of Compliance and biologics Quality
Division of Inspections and Surveillance (HFM-650)
1401 Rockville Pike, Suite 200S
Rockville, MD 20852-1448
FAX #: (301) 827-6748

Note: This transmission is from a 6300 Telecopier. If you do not receive a legible document, or do not receive all of the pages, please telephone sender immediately at the voice number above. This document is intended for the use of the party to whom it is addressed and may contain information that is privileged, confidential and protected from disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify sender by telephone and return it to the above address by mail. Thank you.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                Public Health Service

Food and Drug Administration
Center for Biologics Evaluation and Research
1401 Rockville Pike
Rockville MD 20852-1448

August 19, 2002

Jeffrey P. Riedler, Assistant Director
Division of Corporate Finance
Securities and Exchange Commission
450 Fifth Street, NW
Washington, DC 20549

Re:   Transkaryotic Therapies, Inc.
      Registration Statement on Form S-3
      Commission File No. 333-90868

Dear Mr. Riedler:

This is in response to your letter dated July 12, 2002, requesting agency review of registration statement filed by Transkaryotic Therapies Inc., with the SEC on June 20, 2002.
After a review of the Center for Biologics Evaluation and Research (CBER), the following information reflects the current status of the products outlined in the registration statement.

- Replagal™ (agalsidase alfa)- An IND was submitted to FDA on November 1, 1996 for this product. The registration statement discussion on Replagal for long-term treatment of patients with Fabry disease is correct.

- Dynepo- The information referred to below the subheading *Gene-Activated Protein Products*, on page 3, states a Phase III clinical trial assessing Dynepo as a treatment for anemia associated with cancer chemotherapy is ongoing; records could not be found listing this (it may be a non-US study). The registration statement correctly states on page 5, below the subheading *Regulatory Risks*, that FDA refused to file the Biological License Agreement (BLA).

- Iduronate-2-sulfatase- An IND was submitted to FDA on December 21, 2000 for this product. Under this IND, the sponsor has completed a phase 1 study and has an ongoing study in which those subjects who completed the phase 1 study receive product. They are "planning" at least one subsequent study, which the sponsor generally refers to as a "phase 3" study in their communications. However, no substantive information on these plans has been submitted to CBER for review. Additionally, the data in the IND do not support the statement that treatment with I2S was generally "well tolerated by the 12 patients, and there is no data to verify the statements that the I2S " was clinically active" as referred to on page 3 below the subheading *Transkaryotic Therapies, Inc.*

Please note that the information provided is not publicly disclosable without written permission from FDA CBER.

If I can be of further assistance, or answer any additional questions, you may contact me at (301) 827-6220. E-mail: johnsonju@cber.fda.gov.

Sincerely,

*Juliaette Johnson*

Juliaette Johnson, R.N.
Office of Compliance and Biologics Quality
Center for Biologics Evaluation and Research

TOTAL P.03