# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5377** | **September Term, 2007** |
| | 05mc00476 |

Filed On:



Securities and Exchange Commission,
    Appellee

v.

Richard Selden,
    Appellee

United States Food and Drug Administration,
    Appellant

### ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                                FOR THE COURT:
                                                Mark J. Langer, Clerk

                                   BY:
                                                Mark Butler
                                                Deputy Clerk

A True copy:
   United States Court of Appeals
      for the District of Columbia Circuit

By: _____ Deputy Clerk